EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re<br><br>Jorge Moreno Franco | 2006 TSPR 43<br><br>167 DPR _____ |

Número del Caso: TS-8398

Fecha: 24 de marzo de 2006

Abogado de la Parte Peticionaria:

Por derecho propio

Materia: Baja permanente de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

Jorge Moreno Franco                    TS-8398

RESOLUCIÓN

San Juan, Puerto Rico, a 24 de marzo de 2006.

Se toma conocimiento de que Jorge Moreno Franco no está interesado en reactivarse al ejercicio de la abogacía y se le da de baja permanentemente de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Jueza Asociada señora Fiol Matta no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo